Clerk
District Court

SEP 15 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

ORIGINAL

1  JOE HILL
   HILL LAW OFFICES
2  P.O. Box 500917
   Saipan, MP 96950
3  Tel: (670)234-6806/7743
   FAX (670) 234-7753

4  Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KRISSANA SANUSAT, SUMANG SETSUWAN, VACHINAPORN NGAMWONG, and RATREE DITWISET, | CIVIL CASE NO. 05-0002 |
| Plaintiffs, | MOTION FOR ORDER IN AID OF JUDGMENT/AFFIDAVIT/ NOTICE OF HEARING |
| versus | |
| JK & S CORPORATION, and KYUNGTAI KIM, individually and as the *alter ego* of the corporation, jointly and severally, | Date: October 13, 2005<br>Time: 9:00 a.m.<br>Judge: Hon. Alex R. Munson |
| Defendants. | |

Plaintiffs hereby respectfully move this Court for an Order in Aid of Judgment in that plaintiffs and defendants entered into a SETTLEMENT AGREEMENT on March 30, 2005 wherein, *inter alia*, Defendants were to pay $14,500.00, $3,000.00 in advance, and thereafter $1,000.00 on the 30th day of each succeeding month.  Defendants have failed to pay and made no payments for the month of July and August 2005. Defendants presently owe an unpaid balance of $8,812.28 plus

1 | interest at 7%.

2 | The Defendants have failed, refused, and continue to refuse to pay the balance pursuant to the settlement agreement.

3 |

4 | The purpose of this Order in Aid of Judgment is to examine Defendants' ability to pay and to determine the fastest manner in which defendants can pay this Settlement Agreement which remains unsatisfied.

5 |

6 |

7 | Dated this 13 day of September, 2005.

8 |

9 |

10 | _____
JOE HILL, Attorney
for Plaintiffs

11 |