FILED
Clerk
District Court

SEP 15 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  JOE HILL
   HILL LAW OFFICES
2  P.O. Box 500917
   Saipan, MP 96950
3  Tel: (670)234-6806/7743
   FAX (670) 234-7753

4  Attorney for Plaintiffs

5         IN THE UNITED STATES DISTRICT COURT
                       FOR THE
6              NORTHERN MARIANA ISLANDS

7

   KRISSANA SANUSAT, SUMANG    )   CIVIL CASE NO. 05-0002
8  SETSUWAN, VACHINAPORN       )
   NGAMWONG, and RATREE        )
9  DITWISET,                   )
                               )
10        Plaintiffs,          )
                               )
11        versus               )   NOTICE OF HEARING
                               )
12 JK & S CORPORATION, and     )   Date: October 13, 2005
   KYUNGTAI KIM, individually) )   Time: 9:00 a.m.
13 and as the *alter ego* of   )   Judge: Hon. Alex R. Munson
   the corporation, jointly    )
14 and severally,              )
                               )
15        Defendants.          )
   _____)
16

17      Upon motion of Plaintiffs for an Order in Aid of

   Judgment and Good Cause appearing therefor,
18
        IT IS HEREBY ORDERED, that Defendants JK & S
19
   Corporation and KYUNGTAI KIM or its duly authorized
20
   representative, shall appear before this Court on the __13th__
21
   day of __October__, 2005 at __9:00__ __a__. m. for the purpose of
22
   determining their ability to pay the judgment entered in

23 this action and to determine the fastest manner in which

they can pay the Settlement Agreement, and for the purpose of determining what further action shall be necessary by this Court to assure compliance with the Settlement Agreement.

Dated this 15TH day of September, 2005 at Saipan, CNMI.

_____
ALEX R. MUNSON, Chief Judge



RECEIVED

SEP 15 2005

Clerk
District Court