FILED
Clerk
District Court

SEP 1 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

JOE HILL
HILL LAW OFFICES
P.O. Box 500917
Saipan, MP 96950
Tel.: (670) 234-6806/7743
Fax: (670) 234-7753

Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| KRISSANA SANUSAT, SUMANG SETSUWAN, VACHINAPORN NGAMWONG, and RATREE DITWISET,<br><br>Plaintiffs,<br><br>v.<br><br>JK & S CORPORATION, and KYUNGTAI KIM, individually and as the *alter ego* of the corporation, jointly and severally,<br><br>Defendants. | Civil Action No.05-0002<br><br>CERTIFICATE OF SERVICE |

I, YANG, LI, hereby certify that I am an adult person and that I personally served copies of *Motion For Order In Aid Of Judgment/Affidavit/Notice Of Hearing* in Civil

Action No. 05-0002 on Attorney Danilo T. Aguilar by delivering the said documents to an adult employee at Law Offices of Danilo T. Aguilar, Beach Road, Saipan, CNMI on September 15, 2005.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 16th day of September, 2005 at Saipan, CNMI.

Yang, Li
Affiant

Page 2