F I L E D
Clerk
District Court

OCT 1 3 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************

CV-05-0002                                              October 13, 2005
                                                        9:05 a.m.

### KRISSANA SANUSAT, etal -vs- JK & S CORPORATION, et al

PRESENT:    Hon. Alex R. Munson, Chief Judge Presiding
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Joe Hill, Attorney for Plaintiff
            Danilo Aguilar, Attorney for Defendant

PROCEEDINGS:   MOTION FOR ORDER IN AID OF JUDGMENT

Plaintiffs were represented in court by Attorney Joe Hill. Defendants were represented by Attorney Danilo Aguilar.

Attorney Hill reported to the Court that the Defendants have paid some of the arrearage but are still behind in the payments. However, Attorney Hill further reported that the defendants have made a promise to pay the overdue amount by November 30, 2005.

Court ordered the defendants to pay the overdue payments by November 30, 2005.

Adjourned 9:10 a.m.

*/s/ K. Lynn Lemieux*
K. Lynn Lemieux, Courtroom Deputy