F I L E D
Clerk
District Court

OCT 1 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
OF THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KRISSANA SANUSAT, SUMANG SETSUWAN, VACHINAPORN NGAMWONG, and RATREE DITWISET,<br><br>Plaintiffs,<br><br>versus<br><br>JK & S CORPORATION, and KYUNGTAI KIM, individually and as the *alter ego* of the corporation, jointly and severally,<br><br>Defendants. | CIVIL ACTION NO. 05-0002<br><br>ORDER |

**THIS MATTER** came on regularly for hearing on Plaintiff's Motion For Order In Aid of Judgment on October 13, 2005. Defendants were represented by Attorney Danilo Aguilar and Defendant Kyung Tai Kim was present. Plaintiffs were represented by Attorney Joe Hill.

After hearing and considering the representations of counsels and the record herein, the Court makes the following findings and order:

1. Defendants are presently behind for the month of September 2005, on their agreed $1,000.00 monthly payments, due on the 30th of each month.

2. Defendants in open court have agreed to pay all arrearages and to bring their payments current on or before Wednesday, November 30, 2005.

**WHEREFORE** the same is hereby made the Order of the Court and Defendants shall pay all arrearages and bring their payments current by November 30, 2005.

**SO ORDERED and ENTERED** this 14TH day of October, 2005.

_____
ALEX R. MUNSON
Chief Judge

RECEIVED
OCT 13 2005
Clerk
District Court
For The Northern Mariana Islands

2