FILED
District Court

OCT 2 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*JOE HILL, Esq.,*
HILL LAW OFFICES
P.O. Box 500917, Saipan, MP 96950
Phone: (670) 234-6806/7743
FAX: (670) 234-7753

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KRISSANA SANUSAT, SUMANG SETSUWAN, VACHINAPORN NGAMWONG, and RATREE DITWISET,<br><br>Plaintiffs,<br><br>versus<br><br>JK & S CORPORATION, and KYUNGTAI KIM, individually and as the *alter ego* of the corporation, jointly and severally,<br><br>Defendants. | CIVIL ACTION NO. 05-0002<br><br>**CERTIFICATE OF SERVICE** |

I, Alma H. Ng hereby certify that I am an adult person and that I served copy of the Order dated October 14, 2005 on JK & S Corporation at Attorney Danilo Aguilar's Office, San Jose, Saipan by giving a copy of said document to an adult employee of said office on October 19, 2005.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 19th day of October, 2005 at Saipan, CM.

**ALMA H. NG**
Affiant