*ORIGINAL*

```
FILED
    Clerk
District Court

DEC 30 2005

For The Northern Mariana Islands
By_____
        (Deputy Clerk)
```

1  DANILO T. AGUILAR, F198
   Attorney at Law
2  P.O. Box 505301
   First Floor, San Jose Court Bldg.
3  Cor. Ghiyeghi St. & Wischira Way
   San Jose, Saipan MP 96950
4  TELEPHONE: (670) 234-8801
   FAX: (670) 234-1251

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

OF THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KRISSANA SANUSAT, SUMANG SETSUWAN, VACHINAPORN NGAMWONG, RATREE DITWISET,<br><br>Plaintiffs<br><br>v.<br><br>JK & S CORPORATION AND KYUNGTAI KIM,<br><br>Defendants. | CASE NO. CV 05-0002<br><br><br>**MOTION TO WITHDRAW AS COUNSEL** |

COMES NOW Danilo T. Aguilar, counsel of record for Defendants JK & S Corporation and Kyungtai Kim, and hereby requests for an order permitting withdrawal of counsel. This motion is submitted pursuant to Rule 1.16(b)(6) of the Model Rules of Professional Responsibility.

This motion is supported by the attached declaration of counsel.

Respectfully submitted this 28th day of December, 2005.

*[signature]*
DANILO T. AGUILAR, F0198
Attorney for Defendants