ORIGINAL

FILED
Clerk
District Court

DEC 3 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1    DANILO T. AGUILAR, F0198
     Attorney at Law
2    P.O. Box 505301
     First Floor, San Jose Court Bldg.
3    Cor. Ghiyeghi St. & Wischira Wy.
     San Jose, Saipan, MP 96950
4    TELEPHONE: (670) 234-8801
     FAX: (670) 234-1251
5
6    Attorney for Defendants
7
8             IN THE UNITED STATES DISTRICT COURT
9                          FOR THE
10              NORTHERN MARIANA ISLANDS
11

| 12  KRISSANA SANUSAT, SUMANG SETSUWAN, VACHINAPORN NGAMWONG, RATREE DITWISET, | CASE NO. CV 05-0002 |

12  KRISSANA SANUSAT, SUMANG
     SETSUWAN, VACHINAPORN
13   NGAMWONG, RATREE DITWISET,                  CASE NO. CV 05-0002

14              Plaintiffs,             DECLARATION OF COUNSEL IN
                                        SUPPORT OF MOTION TO
15        v.                                   WITHDRAW

16   JK & S CORPORATION and
     KYUNGTAI KIM,
17
                Defendants.
18

19        I, Danilo T. Aguilar, hereby declare;

20        1.    I am an attorney licensed to practice before all courts of the

21   CNMI. I have personal knowledge of the matters stated herein and would be

22   competent to testify to them if called to do so.

23        2.    I was retained by Defendants to represent them in the above-

24   entitled matter.

25        3.    On or about September, 2005 up until the present, I have no

26   knowledge of the Defendants' whereabouts;

27

28

4.    I tried all possible means of communication to contact them but based upon information and belief, Mr. Kyungtai Kim has abandoned JK & S Corporation and has left the CNMI;

5.    I have tried contacting Mr. Kim at his places of residence and business location on island, however, no one seems to know where he is;

6.    Despite my efforts to faithfully carry out my duties as counsel for Defendant, Defendant has acted in a way to render continued representation to be unreasonably difficult.

7.    For the above reasons, I request the Court to permit Counsel's withdrawal from further representation of Defendant, pursuant to Rule 1.16(b)(6) of the Model Rules of Professional Conduct.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December __28___, 2005 at Saipan, Commonwealth of the Northern Mariana Islands.


_____
DANILO T. AGUILAR, F0198

2