```
                                                              FILED
                                                              Clerk
                                                           District Court

DANILO T. AGUILAR, F0198                                   DEC 3 0 2005
Attorney at Law
P.O. Box 505301                                        For The Northern Mariana Islands
First Floor, San Jose Court Bldg.                      By_____
Cor. Ghiyeghi St. & Wischira Wy.                              (Deputy Clerk)
San Jose, Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

Attorney for Defendants
```

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KRISSANA SANUSAT, SUMANG SETSUWAN, VACHINAPORN NGAMWONG, RATREE DITWISET,<br><br>Plaintiffs,<br><br>v.<br><br>JK & S CORPORATION and KYUNGTAI KIM,<br><br>Defendants. | CASE NO. CV 05-0002<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

COMES NOW, Danilo T. Aguilar, counsel of record for Defendants JK & S Corporation and Kyungtai Kim and hereby submits his notice of mandatory withdrawal as counsel for the above-named Defendants. This notice of withdrawal is submitted pursuant to Rule 1.16(b)(6) of the Rules of Professional Responsibility. Defendants JK & S Corporation and Kyungtai Kim has not maintained contact with counsel for over four months. Counsel has no knowledge of the Defendants' current whereabouts. Effective the date of this notice, counsel will not make any further appearances on behalf of the above-named Defendants for any scheduled hearings or conferences, unless ordered by the Court.

| | |
|---|---|
| 1 | Dated this 28th day of December, 2005 |
| 2 | |
| 3 | |
| 4 | _____ |
|   | **DANILO T. AGUILAR, F0198** |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |