F I L E D
Clerk
District Court

JAN 1 0 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KRISSANA SANUSAT, SUMANG SETSEWAN, VACHINAPORN NGAMWONG, and RATREE DITWISET,<br><br>Plaintiff,<br><br>vs.<br><br>JK & S CORPORATION and KYUNGTAI KIM,<br><br>Defendant. | Case No. CV-05-0002<br><br>**ORDER REGARDING MOTION TO WITHDRAW AS COUNSEL** |

Attorney Danilo T. Aguilar filed his motion to withdraw as counsel on December 30, 2005 on the basis that his client Kyungtai Kim has acted in a way to render continued representation unreasonably difficult.

In Mr. Aguilar's Declaration of Counsel in Support of Motion to Withdraw 1-2, No. 26 (Dec. 30, 2005), he stated that "[o]n or about September[] 2005 up until the present, [he has had] no knowledge of [his client's] whereabouts[,]" that he has "tried all possible means of communication to contact them but based upon information and belief, Mr. Kyungtai Kim has abandoned JK & S Corporation and has left the CNMI[,]" and that he has "tried contacting Mr. Kim at his places of residence and business location on island, however, no one seems to know where he is[.]"

Under Rule of Discipline 2(h), which adopts the Model Rules of Professional Conduct, Mr. Aguilar may withdraw because "the representation . . . has been rendered unreasonably difficult by the client[] or . . . other good cause . . . ." *See* Model Rules of Prof'l Conduct R. 1.16(b)(6) & (7). However, before withdrawing Mr. Aguilar must "give[] reasonable notice to the client, allow[] time

for employment of other counsel, surrender[] papers and property to which the client is entitled and refund[] any advance payment of fee or expense that has not been earned or incurred[,]" Model Rules of Prof'l Conduct R. 1.16(d).

For Mr. Kim to be reasonably notified that his attorney Mr. Aguilar intends to withdraw as counsel, Mr. Aguilar must make a reasonable attempt to actually apprise Mr. Kim of his intent to do so. From the representations of counsel, the court cannot specifically determine what attempts have been made to contact the client. Accordingly, the court will not grant Mr. Aguilar's motion to withdraw as counsel until Mr. Aguilar has given written notice to Mr. Kim at Mr. Kim's last known residential and business address. If Mr. Kim fails to respond within 15 days, the court will consider Mr. Aguilar's motion to withdraw as counsel, if he chooses to re-file.

IT IS SO ORDERED.

DATED this 10th day of January, 2006.

*Alex R. Munson*

ALEX R. MUNSON
Chief Judge