ORIGINAL

1  DANILO T. AGUILAR, F198
   Attorney at Law
2  P.O. Box 505301
   First Floor, San Jose Court Bldg.
3  Cor. Ghiyeghi St. & Wischira Way
   San Jose, Saipan MP 96950
4  TELEPHONE: (670) 234-8801
   FAX: (670) 234-1251
5
   Attorney for Defendants
6

F I L E D
Clerk
District Court

MAR 1 3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

7               IN THE UNITED STATES DISTRICT COURT

8                            OF THE

9                   NORTHERN MARIANA ISLANDS

10
    KRISSANA SANUSAT, SUMANG            CASE NO. CV 05-0002
11  SETSUWAN, VACHINAPORN
    NGAMWONG, RATREE DITWISET,
12
                Plaintiffs
13                                      AMENDED MOTION TO
              v.                        WITHDRAW AS COUNSEL
14
    JK & S CORPORATION AND
15  KYUNGTAI KIM,

16              Defendants.

17
        COMES NOW Danilo T. Aguilar, counsel of record for Defendants JK
18
    & S Corporation and Kyungtai Kim, and hereby requests for an order permitting
19
20  withdrawal of counsel.  This motion is submitted pursuant to Rule 1.16(b)(6) of

21  the Model Rules of Professional Responsibility.

22      This motion is supported by the attached declaration of counsel.

23      Respectfully submitted this 13th day of March, 2006.
24
25
26                                      _____
                                        DANILO T. AGUILAR, F0198
27                                      Attorney for Defendants
28