FILED
Clerk
District Court

MAR 14 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KRISSANA SANUSAT, SUMANG SETSEWAN, VACHINAPORN NGAMWONG, and RATREE DITWISET,<br><br>Plaintiff,<br><br>vs.<br><br>JK & S CORPORATION and KYUNGTAI KIM,<br><br>Defendant. | Case No. CV-05-0002<br><br>**ORDER GRANTING ATTORNEY AGUILAR'S MOTION TO WITHDRAW AS COUNSEL** |

Attorney Danilo T. Aguilar re-filed his motion to withdraw as counsel on March 13, 2006 on the basis that his client Kyungtai Kim has acted in a way to render continued representation unreasonably difficult.

Under Rule of Discipline 2(h), which adopts the Model Rules of Professional Conduct, Mr. Aguilar may withdraw because "the representation . . . has been rendered unreasonably difficult by the client[] or . . . other good cause . . . ." *See* Model Rules of Prof'l Conduct R. 1.16(b)(6) & (7). However, before withdrawing Mr. Aguilar must "give[] reasonable notice to the client, allow[] time for employment of other counsel, surrender[] papers and property to which the client is entitled and refund[] any advance payment of fee or expense that has not been earned or incurred[,]" Model Rules of Prof'l Conduct R. 1.16(d).

For Mr. Kim to be reasonably notified that his attorney Mr. Aguilar intends to withdraw as counsel, Mr. Aguilar must make a reasonable attempt to actually apprise Mr. Kim of his intent to do so. In this respect, the court denied Mr. Aguilar's first motion to withdraw because the court could

not specifically determine what attempts have been made to contact the client.

However, since the Mr. Aguilar's first motion, he has sent a written notice to Mr. Kim at Mr. Kim's last known address. The written notice explained to Mr. Kim that he was behind in his payments on the judgment and has failed to pay the balance of almost $2,000 for Mr. Aguilar's legal services. Mr. Aguilar has also attempted to personally meet Mr. Kim at his alleged residence in Urdaneta, Pangasinan, Phillipines. While he was unable to find Mr. Kim, he did leave his Philippines cell phone number and his Saipan office number with Mr. Kim's wife's relatives who were staying at the residence. In addition, on three separate occasions, Mr. Aguilar's wife's sister visited Mr. Kim's residence and was greeted by a person who told her that Mr. Kim was informed of her visits.

Accordingly, despite Mr. Aguilar's efforts to carry out his duties as counsel for Defendant, Defendant has rendered representation unreasonably difficult. Furthermore, because Mr. Aguilar has made a reasonable attempt to actually apprise Mr. Kim of Mr. Kim's failure to pay attorney fees and Mr. Aguilar's intent to withdraw as counsel,

**THE COURT GRANTS** Mr. Aguilar's motion to withdraw as counsel of record.

**IT IS SO ORDERED.**

**DATED** this 14th day of March, 2006.

_/s/ Alex R. Munson_

ALEX R. MUNSON
Chief Judge